1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  Michael L. Brown II (Bar. No. 338623)
   E-Mail: Michael_brown@fd.org
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   RENE FRANCISCO ABREGO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00669-JAK-1 |
|---|---|
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION TO VACATE BOND** |
| v. | |
| RENE FRANCISCO ABREGO, | |
| Defendant. | |

Rene Francisco Abrego, through counsel, applies <u>ex parte</u> and without opposition to vacate the bond set by the Court at his initial appearance. Abrego bases this application on the attached declaration, the files and records in this case, and any other evidence or argument that the Court may consider.

                             Respectfully submitted,

                             CUAUHTEMOC ORTEGA
                             Federal Public Defender

DATED: November 27, 2024     By  */s/ Michael L. Brown II*
                             Michael L. Brown II
                             Deputy Federal Public Defender
                             Attorney for RENE FRANCISCO ABREGO

# DECLARATION OF MICHAEL L. BROWN II

I, Michael L. Brown II, declare as follows:

1. I am a California-licensed DFPD appointed to represent Rene Francisco Abrego in this matter. Unless otherwise stated, I make this declaration on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. At Mr. Abrego's initial appearance, the Court set release conditions but did not release Mr. Abrego forthwith. Mr. Abrego's release conditions remain unsatisfied; he remains in custody at MDC.

3. Mr. Abrego is no longer seeking release on bond. As a result, and at the Court's request, I am filing this application to vacate the bond set at Mr. Abrego's initial appearance.

4. On November 27, 2024, government counsel advised that it neither objected to the ex parte nature of this application nor the requested relief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed November 27, 2024 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael L. Brown II
　　　　　　　　　　　　　　　　　　　　　　　　Michael L. Brown II