CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Michael L. Brown II (Bar. No. 338623)
E-Mail: Michael_brown@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
RENE FRANCISCO ABREGO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00669-JAK-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER VACATING DEFENDANT'S BOND** |
| v. | |
| RENE FRANCISCO ABREGO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond previously set for Defendant Rene Francisco Abrego is vacated.

DATED: _____  By _____
                              HON. JOHN A. KRONSTADT
                              United States District Judge

Presented by:

   /s/ *Michael L. Brown II*
Deputy Federal Public Defender